UNITED STATES DISTRICT
DISTRICT OF MINNESOTA

Timothy R. Williams and
Sandra L. Williams,

    Plaintiffs,

COURT FILE NO: 10cv2852 PAM/AJB

vs.

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Wells Fargo Bank, N.A., and
Housing and Urban Development of
Washington, D.C.,

    Defendants.

Pursuant to the Stipulation of Dismissal Without Prejudice [Document No. 9],

IT IS HEREBY ORDERED, that the foregoing action is hereby dismissed without prejudice and without costs or disbursements to either party.

Dated: August 16, 2010

BY THE COURT:

s/Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge